ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| JOSÉ LUIS RIVERA CRUZ, IVANCHY MARTÍNEZ MARTÍNEZ<br><br>PETICIONARIOS<br><br>v.<br><br>EDGARDO ROMERO CASTELLANO, VANESA RÍOS LA LUZ, ERC ENGINEERS PR, INC. Y OTROS<br><br>RECURRIDOS | KLCE202400946 | *Certiorari p*rocedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso Número: AR2023CV01078<br><br>Sobre: Incumplimiento contrato, vicios de construcción, ruina funcional y perjuicios |

Panel integrado por su presidenta, la Jueza Ortiz Flores, la Jueza Aldebol Mora y la Jueza Boria Vizcarrondo

Ortiz Flores, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de diciembre de 2024.

**Atendida la** *Moción Informativa y en Solicitu[d] de Desistimiento* presentada el 5 de diciembre de 2024 por la parte peticionaria y por conducto de su representación legal, en la cual desiste del recurso presentado el 3 de septiembre de 2024 ante este Tribunal de Apelaciones, **se declara la misma ha lugar bajo la Regla 83(A) del Reglamento del Tribunal de Apelaciones**, 4 L.P.R.A. Ap. XXII-B, R.83(A) y **se ordena el archivo del caso**.

**Notifíquese.**

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024_____